IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANE GREEN, on behalf of
DAVID MILLER                                                                                          PLAINTIFF

VS.                                              CASE NO. 1:13-CV-1065

CAROLYN COLVIN
Commissioner, Social Security Administration                                       RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed April 4, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that the decision of the Administrative Law Judge ("ALJ") be affirmed. Plaintiff has filed objections to the Report and Recommendation. (ECF No. 12).

After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation as its own. Plaintiff argues that the ALJ failed to conduct a *Polaski* evaluation, thereby rendering the ALJ's Disability Insurance Benefits decision invalid. While Judge Bryant discussed the *Polaski* factors, Plaintiff argues that the discussion was not adequate. The Court disagrees. Judge Bryant adequately addressed the five factors for assessing credibility contained in *Polaski v. Heckler,* 739 F.2d 1320 (8th Cir. 1984). Judge Bryant fully considered the ALJ's findings relating to these credibility factors and found them to be valid. Accordingly, the Court overrules Plaintiff's objections and adopts Judge Bryant's Report and Recommendation. For the reasons stated herein and above, as well as those contained in the Report and Recommendation, the decision of the ALJ is hereby **AFFIRMED**.

**IT IS SO ORDERED**, this 11th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge